354 June 3, 2026 No. 511

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Joel Louis KAECH,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN03389; A186749 (Control)

Joel Louis KAECH,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*
Washington County Circuit Court
24CN03390; A186750

Brandon M. Thompson, Judge.

Submitted April 10, 2026.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

PER CURIAM

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).

_____

* Determined by a two-judge department as authorized by ORS 2.570(2)(b).